IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| | Case No. 09-13064 |
| BRIAN C. MOORE, | * |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

LEAF FUNDING, LLC,
        Movant,

v.

BRIAN C. MOORE,
        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION

I HEREBY CERTIFY that on the 4th day of September, 2009, a copy of LEAF Funding, Inc.'s Notice of Deposition to Brian C. Moore (the "Debtor") was sent via facsimile and first-class, postage prepaid, to the following:

>Jeffrey M. Sirody, Esquire
>Sirody, Freiman & Feldman, P.C.
>1777 Reisterstown Road, Suite 360
>Commerce Center EAST
>Baltimore, Maryland 21208
>(410) 415-0445
>(410) 415-0744 (fax)

>/s/ Kristen B. Perry
>Brent C. Strickland, Bar No. 22704
>Kristen B. Perry, Bar No. 26323
>Whiteford, Taylor & Preston LLP
>Seven Saint Paul Street
>Baltimore, Maryland  21202
>(410) 347-8700
>bstrickland@wtplaw.com
>kperry@wtplaw.com
>*Counsel for LEAF Funding, LLC*